**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

TRACY CANNON, as Administratrix of the Estate
of MARK CANNON, Jr.,

                               Plaintiff,

        - v -                                        Civ. No. 9:15-CV-1417
                                                                  (GLS/DJS)

CORRECTIONAL MEDICAL CARE, INC., *et al*,

                               Defendants.

**DANIEL J. STEWART**
**United States Magistrate Judge**

### ORDER

      As part of the Court's February 27, 2017 Text Order, Dkt. No. 51, Counsel for the Correctional Medical Care ("CMC") Defendants was instructed to provide to Chambers the personnel files for Defendants Goyer; Gallup; and Dr. Masaba. On March 7, 2017, the personnel files for the Defendants were submitted to the Court. The *in camera* review of Defendant Goyer's, Gallup's, and Dr. Masaba's personnel files reflected certain information that may be relevant to Plaintiff's claims, or the Defendants' defenses. Those relevant portions are as follows:

    **A.**    **Defendant Curtis Goyer**

            Bates stamped pages: 8-18, 22-23, 25-133, 152, 172-77, 246-47, 274-78, 280-84, 286-89, 295-96, & 324.

    **B.**    **Defendant Dr. Silver Masaba**

            Bates stamped pages: 359-77, 381-82, 395-98, 407, 409-14, 418-20, 441-44, 449-55, & 460-64.

C. **Defendant Katherine Coogan**

Bates stamped pages: 489, 491, 492, 513-25, 529-555, 568-70, 571, 575, 576-78, 579-90, 596-601, 604-06, 613-26, 635, 638-46, 661-76, & 678.

When retrieving the personnel files, Counsel for the CMC Defendants shall make a copy of the pages from the personnel files which have been identified above and provide it to all counsel. Because of the personal nature of the documents, they shall be provided pursuant to a duly executed protective order.

The Court further directs that the Counsel for the CMC Defendants immediately retrieve from the Court's courtroom deputy, Maria Blunt, the personnel files.

**IT IS SO ORDERED**.

Date: March 17, 2017
       Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge